Jeffrey A. Cogan, Esq. (Nevada Bar No. 4569)
jeffrey@jeffreycogan.com
**JEFFREY A. COGAN CHARTERED, a PLLC**
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228

Attorney for plaintiff
*Nathan Rowan*

Paul A. Grammatico (California Bar No. 246380)
*Pro Hac Vice Application Forthcoming*
pgrammatico@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3988
Facsimile: (404) 400-7333

Attorney for defendant,
*Heftel Broadcasting Company LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN ROWAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>HEFTEL BROADCASTING COMPANY LLC, a Nevada company,<br><br>　　　　　　　Defendant.<br>_____ | Case No. 2:22-cv-00971-JAD-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE IA 6-1**<br><br>**(First Request)** |

Plaintiff, Nathan Rowan ("Plaintiff" or "Rowan"), and defendant Heftel Broadcasting Company LLC, ("Defendant" or "Heftel Broadcasting") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint by 14 days, through August 16, 2022. Per Local Rule IA 6-1, this request for an extension is based on the following reasons:

1. Defendant seeks additional time to finish conducting its investigation regarding the allegations in the Complaint;

2. Defendant requires additional time to retain local counsel and otherwise comply with its obligations under Local Rule IA 11-2.

Respectfully submitted.

*s/ Jeffrey A. Cogan*
Jeffrey A. Cogan
**JEFFREY A. COGAN CHARTERED, a PLLC**

Counsel for plaintiff,
*Nathan Rowan*

*s/ Paul A. Grammatico*
Paul A. Grammatico
**KABAT CHAPMAN & OZMER LLP**
*Pro Hac Vice Application Forthcoming*

Counsel for defendant,
*Heftel Broadcasting Company LLC*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 2:49 pm, August 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**