Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN ROWAN, individually and on behalf of all others similarly situated, | Case No. 2:22-cv-00971-JAD-BNW |
| *Plaintiff*, | |
| v. | ECF No. 22 |
| HEFTEL BROADCASTING COMPANY LLC, a Nevada company, | |
| *Defendant*. | |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff Nathan Rowan and Defendant Heftel Broadcasting Company, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: February 23, 2023.    /s/ Avi R. Kaufman
                              Avi R. Kaufman (Florida Bar no. 84382)
                              KAUFMAN P.A.
                              400 NW 26th Street
                              Miami, Florida 33127

1

Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN CHARTERED, a PLLC
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 474-4228
Email: jeffrey@jeffreycogan.com

*Counsel for Plaintiff
and all others similarly situated*

\_\_/s/ Jerry C. Carter_____
**SIERRA CREST BUSINESS LAW GROUP**
JERRY C. CARTER, ESQ.
691 Sierra Rose Drive, Suite B
Reno, NV 89511
(775) 448-6070
jcarter@sierracrestlaw.com

*Counsel for Defendant
Heftel Broadcasting Company LLC*

### ORDER

Based on the parties' stipulation [ECF No. 22] and good cause appearing, IT IS HEREBY ORDERED that Nathan Rowan's claims are DISMISSED with prejudice, each side to bear its own fees and costs, and the putative class members' claims are dismissed without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 23, 2023